UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID LEE HAYES,

       Petitioner,

v.                                      Case No: 2:13-cv-774-FtM-38CM

FLORIDA ATTORNEY GENERAL,

       Respondent.
_____

ORDER TO SHOW CAUSE

This matter comes before the Court upon periodic review of the file. On December 27, 2013, the Court entered an Order directing the Respondent to file a Response to the Petition within 120 days from the date on the Order. See Doc. #5. Respondent has neither filed a Response, nor moved for an enlargement of time to do so. See docket.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Respondent shall show cause why sanctions should not be imposed for failing to comply with the Court's December 27, 2013 Order on or before June 18, 2014.

2. Additionally, on or before June 18, 2014, Respondent shall either file a Response to the Petition or a motion for an enlargement of time to do so.

3. Petitioner's "motion to act and rule" (Doc. #8) is **DENIED** as moot.

**DONE** and **ORDERED** in Fort Myers, Florida on this 30th day of May, 2014.

CAROL MIRANDO
United States Magistrate Judge

SA: alr
Copies: David Lee Hayes
Counsel of Record